**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 567 MAL 2018

           Respondent          :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

             v.                     :

                               :

ANGEL LUIS ALICEA III,           :

                               :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.